IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

ALGORITHM, INC., ET AL.,

    Plaintiffs,

v.

ECI MACOLA/MAX, LLC,

    Defendant.

Case No. 2:18-cv-01394

Judge Sargus

Magistrate Judge Jolson

## ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(2), this Court hereby dismisses, with prejudice, all claims in this matter. Each party shall bear its own costs. This Court retains exclusive jurisdiction over the parties' confidential Settlement Agreement, including to resolve any and all disputes arising out of or relating to that Agreement.

**IT IS SO ORDERED.**

_____1-8-2019_____       _____
DATE      EDMUND A. SARGUS, JR.
     CHIEF UNITED STATES DISTRICT JUDGE